IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FUSION IP LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-1570-RGA |
| | ) | |
| FUZE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for defendant Fuze, Inc. to answer, move, or otherwise respond to the Complaint, (D.I. 1), is extended through and including January 15, 2021.

| | |
|---|---|
| /s/ *David W. deBruin* | /s/ *Andrew E. Russell* |
| David W. deBruin (No. 4846) | Andrew E. Russell (No. 5382) |
| GAWTHROP GREENWOOD, PC | SHAW KELLER LLP |
| 3711 Kennett Pike, Suite 100 | I.M. Pei Building |
| Wilmington, DE 19807 | 1105 N. Market St., 12th Floor |
| (302) 777-5353 | Wilmington, DE 19801 |
| ddebruin@gawthrop.com | (302) 298-0700 |
| *Attorneys for Plaintiff* | arussell@shawkeller.com |
| | *Attorneys for Defendant* |

Dated: December 14, 2020

SO ORDERED this _____ day of_____, 2020.

_____
United States District Judge